GEORGE B. MORLEY v. LIVERPOOL & LONDON & GLOBE
INSURANCE COMPANY.

May 17, 1899.

Nos. 11,597—(142).

**Action upon Insurance Policy—Pleading—Assignment after Loss.**

Action by the assignee of the insured on a policy of insurance against loss by fire.  *Held*, that it appears from the complaint that the assignment was made after the loss.

**Same—Pleading—Allegation of Assignment.**

The complaint alleged the total loss and destruction of the property covered by the policy, and that thereafter the insured transferred and assigned to the plaintiff "all its interest in said policy of insurance." *Held*, that this sufficiently alleges an assignment of the claim for the loss.

Action in the district court for St. Louis county to recover $2,500 upon a policy of insurance issued by defendant to C. M. Hill Lumber Company.   From an order, Ensign, J., overruling a demurrer to the complaint, defendant appealed.   Affirmed.

*Douglas A. Fiske,* for appellant.

*L. H. Corcoran,* for respondent.

MITCHELL, J.

We do not discover any defect in the complaint or any merit in the demurrer to its sufficiency.   We think it plainly appears from the face of the complaint that the assignment by the insured to the plaintiff was made after the loss.   The complaint alleges the total loss and destruction by fire of the property covered by the policy.

All that was left was the right of action on the policy for the amount of the loss. Under such circumstances, an allegation that "thereafter * * * the said C. M. Hill Lumber Company [the insured] duly transferred and assigned all its interest in said policy of insurance to the plaintiff" sufficiently alleges an assignment of the claim or debt due under the policy.

Order affirmed.